# EXHIBIT A

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
Southern District of California

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Karim Arabi, et al. | ) | Case No. 3:22-cr-01152-BAS |
| | ) | |
| *Defendant* | ) | |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To: Nicholas Cole

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | United States Courthouse (S.D. Cal.)<br>333 West Broadway<br>San Diego, CA 92101 | Courtroom No.: | 12B (12th Flr) |
|---|---|---|---|
| | | Date and Time: | 03/10/2025 9:00 am |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

(SEAL)

Date: 1-13-25

CLERK OF COURT

Armin Corter
*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* Karim Arabi, who requests this subpoena, are:

Whitney Z. Bernstein
Bienert Katzman Littrell Williams LLP
903 Calle Amanecer, Suite 350
San Clemente, CA 92673
email: wbernstein@bklwlaw.com
tel: (949) 369-3700

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.  3:22-cr-01152-BAS

# PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I served the subpoena by delivering a copy to the named person as follows: _____

_____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

# ACKNOWLEDGEMENT OF SERVICE OF TRIAL SUBPOENA AND AGREEMENT TO BE "ON CALL"

I, the undersigned, acknowledge service of a Subpoena to appear in person in the trial of the case, *United States v. Karim Arabi, et al.*, United States District Court for the Southern District of California Case No. 3:22-cr-01152-BAS, located at the United States Courthouse at 333 West Broadway, San Diego, CA 92101, which is set for trial on March 10, 2025 at 9:00 AM in Courtroom 12B (12th Floor).

I agree to be placed "on call" for this trial, which I understand means that I agree to appear with forty-eight (48) hours' notice. I request that I be contacted at the following phone number and e-mail address to receive the forty-eight (48) hours' notice:

Telephone: _____   Email: _____

This On-Call Agreement applies from the date set forth on the Subpoena through the date this matter is concluded via judgment or settlement, even if the current trial date is continued.

The undersigned shall be "on call" and need not appear on the date set forth in the accompanying Subpoena if this On-Call Agreement is fully completed, executed, and returned to Leah Thompson of Bienert Katzman Littrell Williams LLP via email at lthompson@bklwlaw.com, via facsimile at (949) 369-3701, or via mail or delivery to 903 Calle Amanecer, Suite 350, San Clemente, CA 92673 by no later than January 31, 2025.

ACKNOWLEDGED AND AGREED:

Dated: _____   _____
Nicholas Cole