# EXHIBIT B

PageVault

| | |
|---|---|
| Document title: | Nick Cole \| LinkedIn |
| Capture URL: | https://www.linkedin.com/in/justnickcole/ |
| Page loaded at (UTC): | Mon, 10 Mar 2025 20:39:28 GMT |
| Capture timestamp (UTC): | Mon, 10 Mar 2025 20:41:10 GMT |
| Capture tool: | 10.55.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/126.0.6478.234 Safari/537.36 |
| Operating system: | Linux (Node 20.17.0) |
| PDF length: | 5 |
| Capture ID: | nFwqGm4VoTMj5LPUjFN2CR |
| Display Name: | lgarcia |

PDF REFERENCE #:    buCFMmgAMRge25rb8X5VXD

# Nick Cole
Californian Patent Lawyer

San Diego, California, United States · Contact info

Tasty IP, Limited

University of San Diego School of Law

500+ connections

Connect  Message  More

## About

Nick is formally trained as a writer, an engineer, and a lawyer. With over a decade of intellectual property experience, he has worked with hundreds of inventors on thousands of inventions. What drives him is an unsatisfiable need for perfection…or its closest, earthly approximation. He enjoys working at the crossroads of technology, business, and law. When you work with him, expect to find yourself at the intersection of humor, creativity, and practical professionalism.

## Activity
1,810 followers

Nick Cole commented on a post • 6mo

Well deserved! 👏

Show all comments →

## Experience

**Californian Patent Lawyer**
Tasty IP, Limited · Full-time
Dec 2021 - Present · 3 yrs 4 mos
San Diego, California, United States

Practicing patent law for corporate clients exclusively. Managing the entire lifecycle of patenting, ideation, application drafting, prosecution, foreign filing, and licensing. Exceptional counseling skills based on a c …see more

**California Patent Lawyer**
Nick Cole, Californian Patent Lawyer
Jun 2019 - Dec 2021 · 2 yrs 7 mos
Greater San Diego Area

**Qualcomm**
13 yrs 10 mos

- **Senior Patent Counsel**
  Nov 2015 - Jun 2018 · 2 yrs 8 mos
  Greater San Diego Area

  International patent attorney with relevant engineering experience at a Fortune 500 company. Provided litigation support for licensing disputes with Nokia, Broadcom, Panasonic, Meizu, and Apple. Defined and implem …see more

- **Patent Counsel**
  Apr 2012 - Nov 2015 · 3 yrs 8 mos
  Greater San Diego Area

- **Associate Patent Counsel**
  Dec 2009 - Apr 2012 · 2 yrs 5 mos

### Promoted

**#1 Platform, Now with SMS**
Engage customers with Email + SMS on the #1 AI-powered marketing platform.

**The Value of WSJ**
From politics to pop culture, WSJ covers everything you want to know.

**A GoDaddy Exclusive:**
Branded pay links come with your domains so you can take payments anywhere.

### More profiles for you

- **John Carpenter** · 3rd+
  Patent lawyer at Law Office of John D. Carpenter
  Message

- **Kenji Nakajima** · 3rd+
  Patent Attorney at Kenja IP
  Message

- **Adil Musabji** · 3rd+
  Senior Patent Attorney
  Message

- **Michelle Armond** · 3rd+
  IP Litigation & Appellate Attorney | Patent Office IPR…
  Follow

- **James Hill, MD** · 3rd+
  Physician, Patent Lawyer
  Message

Show all

### Explore Premium profiles

- **Sean Lee** · 3rd+
  Vice-President
  Message

- **William Yu, CFA** · 3rd+
  Vice President at Blackstone Multi-Asset Investing
  Message



        

Patent Counsel
Apr 2012 - Nov 2015 · 3 yrs 8 mos
Greater San Diego Area

Associate Patent Counsel
Dec 2009 - Apr 2012 · 2 yrs 5 mos
Greater San Diego Area

Show all 7 experiences →

## Education

**University of San Diego School of Law**
Doctor of Law - JD, Law
2005 - 2009

Evening program.

**University of Nevada, Reno**
Master of Science - MS, Computer Science
2002 - 2004

Focus on Artificial Intelligence and Military Decision Support. Research conducted using Counter Strike and Half-Life Engine.

Show all 3 educations →

## Licenses & certifications

**U.S. District Court Southern District of California**
United States Courts
Issued Aug 2010

**License to Practice Law**
State Bar of California
Issued Dec 2009
Credential ID 266826

Show all 3 licenses & certifications →

## Skills

**Patents**
Endorsed by Alex C. Chen and 15 others who are highly skilled at this
Endorsed by 78 colleagues at Qualcomm
99+ endorsements

**Patent Prosecution**
Endorsed by Sharaz Gill and 8 others who are highly skilled at this
Endorsed by 60 colleagues at Qualcomm
87 endorsements

Show all 48 skills →

## Recommendations

Received Given

Mike Harris

People you may know

Cynthia Hwang
CATC IV, SUDCC, MS; Utilization Review Specialist a...
Connect

Lanzz Cala
Quality Review Specialist at ISYS Solutions Inc.
Connect

Krisztina Nagy
Civil Engineer, Registered Nurse, Quality Review...
Connect

Anisha Thoom
Student at The Wharton School
Connect

Emmanuel Atta Mends
Graduate Student, UNR
Connect

Show all

You might like
Pages for you

Beverage Job Scene
Human Resources Services
6,678 followers
+ Follow

LALO Tequila
Beverage Manufacturing
11,604 followers
+ Follow

Show all

Messaging

### Nick Cole
Californian Patent Lawyer

More · Message · + Connect

**Received** | Given



**Mike Harris**
Patent Counsel at Qualcomm
July 9, 2017, Mike worked with Nick on the same team

I worked with Nick to review hundreds of exploratory inventions which were ready for patenting. He worked with the project leads and stakeholders to ensure our review captured valuable metrics to assist in with downstream evaluation of the program developing the ideas. Nick provided the direction for our review and identified clear deliverables for us. He delegated as many of the administrative tasks as possible such that we could focus on substantive technical and legal issues. Nick is easy to work with and has a good sense of humor. He is an excellent leader and an effective and skilled presenter. He is extremely articulate and thoughtful.



**Darla Kasmedo, MBA**
Sr. Director, IP Operations at Qualcomm
June 8, 2017, Darla worked with Nick on the same team

I have had the pleasure of working with Nick for more than a decade and find him to consistently apply his legal expertise and exceptional work ethic to any effort he is a part of. Nick is a diligent attorney who focuses on creating good work product while strengthening relationships. With the number of legal challenges our group has faced over the years, I have never seen Nick waver or shy away from any challenge. He has an energy that others around him can simply feel. On a personal note, Nick is direct and honest in his communication but sensitive to other's perspectives and feelings, which is not an easy mix to achieve. I have enjoyed working with Nick and hope to continue to do so for years to come.

Show all 15 received →

## Publications

**Learning to Play Like a Human: Case Injected Genetic Algorithms Applied to Strategic Computer Game Playing**
Congress on Evolutionary Computing 2004

Show publication ↗

We use case injected genetic algorithms to learn
how to competently play computer strategy games. Strategic...    ...see more

**Likelihood of Confusion: Subjective Guilt, Objective Deception**
Journal of Contemporary Legal Issues Volume 19, 2010

A brief look at the pre-Lanham act cases involving unfair competition and trademark infringement hinging on elements of fraud rather than trademark infringement. Early judges more familiar with criminal fraud viewed trademark infring…    ...see more

Show all 6 publications →

## Languages

**English**
Native or bilingual proficiency

**German**
Limited working proficiency

Show all 3 languages →

## Organizations

**International Association for the Protection of Intellectual Property (AIPPI)**
Member · Feb 2016 - Present
 Associated with Qualcomm

**Association of Corporate Counsel (ACC)**
Member · Jan 2011 - Present
Associated with Qualcomm

 Messaging

Home My Network Jobs Messaging Notifications Me For Business Try Premium for $0

Nick Cole
Californian Patent Lawyer

More Message Connect

We use case injected genetic algorithms to learn how to competently play computer strategy games. Strategic... ...see more

**Likelihood of Confusion: Subjective Guilt, Objective Deception**
Journal of Contemporary Legal Issues Volume 19, 2010

A brief look at the pre-Lanham act cases involving unfair competition and trademark infringement hinging on elements of fraud rather than trademark infringement. Early judges more familiar with criminal fraud viewed trademark infrin ...see more

Show all 6 publications →

## Languages

**English**
Native or bilingual proficiency

**German**
Limited working proficiency

Show all 3 languages →

## Organizations

**International Association for the Protection of Intellectual Property (AIPPI)**
Member · Feb 2016 - Present
Associated with Qualcomm

**Association of Corporate Counsel (ACC)**
Member · Jan 2011 - Present
Associated with Qualcomm

Show all 3 organizations →

## Interests

Companies Groups Schools

**Accenture**
13,016,437 followers
+ Follow

**Intel Corporation**
3,812,842 followers
+ Follow

Show all companies →

## Causes

Children • Education • Health • Human Rights

Questions?
Visit our Help Center.

Manage your account and privacy
Go to your Settings.

Recommendation transparency
Learn more about Recommended Content.

Select Language

LinkedIn Corporation © 2025

Messaging

