# EXHIBIT C

| | |
|---|---|
| **From:** | Padraic Foran |
| **To:** | Whitney Bernstein |
| **Cc:** | Leah Thompson |
| **Subject:** | RE: Accepted: WZB to call Nick Cole @ Fri Jan 24, 2025 10am - 10:30am (PST) (Whitney Bernstein) |
| **Date:** | Tuesday, January 28, 2025 11:13:32 AM |
| **Attachments:** | image001.png |
| | image002.png |

Thank you, Whitney. I can confirm that your email constitutes service of the Cole subpoena.

We are considering whether to move to quash the subpoena to Mr. Cole. He was counsel to Qualcomm, and it seems to us that any information he has that is material to this case is probably protected by the attorney-client privilege or work product doctrine. But I think a call would be helpful, because if you believe he has material non-privileged information, I would like to understand. Are you available sometime this week? I have some time this afternoon, tomorrow morning, or Friday morning. Thanks!

**Padraic Foran**

**HUESTON HENNIGAN** LLP

D: 213.788.4354
pforan@hueston.com
Biography

---

**From:** Whitney Bernstein <wbernstein@bklwlaw.com>
**Sent:** Wednesday, January 22, 2025 9:03 PM
**To:** Padraic Foran <pforan@hueston.com>
**Cc:** Leah Thompson <lthompson@bklwlaw.com>
**Subject:** Re: Accepted: WZB to call Nick Cole @ Fri Jan 24, 2025 10am - 10:30am (PST) (Whitney Bernstein)

Hi Padriac,

Please see attached, and please confirm that you're accepting by email.

Do you plan to move to quash any subpoenas pretrial?

Thanks,

Whitney



**Whitney Bernstein** | Partner
Bienert Katzman Littrell Williams LLP
(949) 369-3700 | Website | vCard | Profile

This message is confidential and intended for the designated recipient only. This message may be protected by attorney-client, work product protection or other limitations on use or disclosure. If you have received this message in error, please (1) immediately contact Bienert Katzman Littrell Williams LLP and (2) delete the message without reviewing, copying, or making further use of the information it contains.

**From:** Padraic Foran <pforan@hueston.com>
**Date:** Wednesday, January 22, 2025 at 6:15 PM
**To:** Whitney Bernstein <wbernstein@bklwlaw.com>, Nick Cole <nick@tastyip.com>
**Cc:** Leah Thompson <lthompson@bklwlaw.com>
**Subject:** RE: Accepted: WZB to call Nick Cole @ Fri Jan 24, 2025 10am - 10:30am (PST) (Whitney Bernstein)

Thanks, Whitney! Yes, if you could send over the subpoena, I would appreciate it.

**Padraic Foran**

**HUESTON HENNIGAN** LLP

D: 213.788.4354
pforan@hueston.com
Biography

---

**From:** Whitney Bernstein <wbernstein@bklwlaw.com>
**Sent:** Wednesday, January 22, 2025 5:39 PM
**To:** Nick Cole <nick@tastyip.com>
**Cc:** Padraic Foran <pforan@hueston.com>; Leah Thompson <lthompson@bklwlaw.com>
**Subject:** Re: Accepted: WZB to call Nick Cole @ Fri Jan 24, 2025 10am - 10:30am (PST) (Whitney Bernstein)

Thanks, Nick. Hi, Padriac, hope you're doing well. Would you like us to send you Nick's subpoena?

Sent from my iPhone


**Whitney Bernstein** | Partner
Bienert Katzman Littrell Williams LLP
(949) 369-3700 | Website | vCard | Profile

This message is confidential and intended for the designated recipient only. This message may be protected by attorney-client, work product protection or other limitations on use or disclosure. If you have received this message in error, please (1) immediately contact Bienert Katzman Littrell Williams LLP and (2) delete the message without reviewing, copying, or making further use of the information it contains.

> On Jan 22, 2025, at 4:44 PM, Nick Cole <nick@tastyip.com> wrote:
>
> Hi Whitney,
>
> I am now represented by counsel. I'm cc'ing Padraic at Hueston Hennigan  Please contact him directly going forward.
>
> Many thanks,
> -nc

On Wed, Jan 22, 2025 at 2:46 PM Whitney Bernstein <wbernstein@bklwlaw.com> wrote:

Hi Nick,

As it turns out, I cannot speak at 10am this Friday but can speak before 10am, between 11-12:30pm, or after 2pm. What window is best for you? And if you can please return the PO certification, I can send you the email as well to facilitate a quick call.

Thanks,

Whitney



**Whitney Bernstein** | Partner
Bienert Katzman Littrell Williams LLP
(949) 369-3700 | Website | vCard | Profile

This message is confidential and intended for the designated recipient only. This message may be protected by attorney-client, work product protection or other limitations on use or disclosure. If you have received this message in error, please (1) immediately contact Bienert Katzman Littrell Williams LLP and (2) delete the message without reviewing, copying, or making further use of the information it contains.

**From:** Google Calendar <calendar-notification@google.com> on behalf of Nick Cole <nick@tastyip.com>
**Date:** Wednesday, January 22, 2025 at 1:41 PM
**To:** Whitney Bernstein <wbernstein@bklwlaw.com>
**Subject:** Accepted: WZB to call Nick Cole @ Fri Jan 24, 2025 10am - 10:30am (PST) (Whitney Bernstein)

Nick Cole has accepted this invitation.

**When**
Friday Jan 24, 2025 · 10am – 10:30am (Pacific Time - Los Angeles)

**Location**
WZB (303-883-0448) call Nick (858-245-2984)
View map

**Guests**

> Whitney Bernstein - organizer
> Nick Cole - creator
> Firm Master Calendar
> Leah Thompson
> **View all guest info**

Invitation from Google Calendar

You are receiving this email because you are an attendee on the event.

Forwarding this invitation could allow any recipient to send a response to the organizer, be added to the guest list, invite others regardless of their own invitation status, or modify your RSVP. Learn more

---

PLEASE NOTE: This message, including any attachments, may include privileged, confidential and/or inside information. Any distribution or use of this communication by anyone other than the intended recipient(s) is strictly prohibited and may be unlawful. If you are not the intended recipient, please notify the sender by replying to this message and then delete it from your system. Thank you.