# EXHIBIT D

| | |
|---|---|
| **From:** | Padraic Foran |
| **To:** | Pilchak, Nicholas (USACAS); Eric.Olah@usdoj.gov; Chopra, Janaki (USACAS) |
| **Cc:** | Marshall A. Camp; Michael P. Schneider |
| **Subject:** | U.S. v. Arabi - Clawback Request - QCARABI_0044126 (Defense Ex. #2545) |
| **Date:** | Thursday, February 27, 2025 10:04:43 PM |

Nick, Janaki, and Eric,

I write to clawback the document bates stamped QCARABI_0044126, which I understand has been designated as Defense Exhibit #2545. This document is protected by the attorney-client privilege and attorney-work-product doctrine and was inadvertently produced. Note that Qualcomm originally produced this document in the Civil Litigation pursuant to a stipulated protective order. Qualcomm then re-produced the document to the Government without re-review as part of Qualcomm's wholesale re-production of all materials it had already produced in the Civil Litigation.

We ask that the Government destroy all copies of the document in its possession and refrain from using the document for any purpose and ask Defendants and anyone else to whom the document was produced to do the same. Please let us know if the Government will comply with the request or if you would like to discuss. I appreciate your attention to this matter.

**Padraic Foran**

_____

**HUESTON HENNIGAN** LLP

D: 213.788.4354
T: 213.788.4340
pforan@hueston.com
Biography

523 West 6th St Suite 400
Los Angeles CA 90014