# EXHIBIT F

### IRELL & MANELLA LLP
A REGISTERED LIMITED LIABILITY LAW PARTNERSHIP
INCLUDING PROFESSIONAL CORPORATIONS

840 NEWPORT CENTER DRIVE, SUITE 400
NEWPORT BEACH, CA 92660-6324
TELEPHONE (949) 760-0991
FACSIMILE (949) 760-5200

1800 AVENUE OF THE STARS, SUITE 900
LOS ANGELES, CALIFORNIA 90067-4276

TELEPHONE (310) 277-1010
FACSIMILE (310) 203-7199
WEBSITE: www.irell.com

WRITER'S DIRECT
TELEPHONE (310) 203-7635
FACSIMILE (310) 203-7199
TRowles@irell.com

April 12, 2018

**VIA E-MAIL**

Padraic Foran
Hueston Hennigan LLP
523 West 6th Street, Suite 400
Los Angeles, CA 90014
pforan@hueston.com

    Re:    <u>Qualcomm Technologies, Inc. v. Karim Arabi, et al.
S.D. Superior Court Case No. 37-2017-00040719-CU-FR-CTL</u>

Dear Padraic:

    It has just come to our attention that an attorney-client privileged document prepared by Defendants at the request of their counsel, created after the filing of Qualcomm's complaint, was inadvertently produced at Bates number ALAN_00000002-ALAN_00000003. Pursuant to CCP § 2031.285(b), please confirm that Qualcomm and its counsel will immediately return or destroy this document and any copies that may exist.

    Sincerely,

    */s/ Tony Rowles*

    Tony Rowles

TR

10487761.1