HUESTON HENNIGAN LLP
Marshall A. Camp, State Bar No. 231389
Mcamp@hueston.com
Padraic W. Foran, State Bar No. 268278
pforan@hueston.com
523 West 6th Street, Suite 400
Los Angeles, CA 90014
Telephone:  (213) 788-4340
Facsimile:   (888) 775-0898

Attorneys for Non-Party
Qualcomm Technologies, Inc.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>KARIM ARABI, SHEIDA ALAN, SANJIV TANEJA, and ALI AKBAR SHOKOUHI,<br><br>　　　　Defendants. | Case No. 3:22-CR-01152-BAS<br><br>**[PROPOSED] ORDER GRANTING NON-PARTIES QUALCOMM INCORPORATED, QUALCOMM TECHNOLOGIES, INCORPORATED, AND NICHOLAS COLE'S MOTION TO QUASH NICHOLAS COLE'S TRIAL SUBPOENA**<br><br>*[Filed concurrently with Motion to Quash, and Declaration of Padraic Foran]*<br><br>Date:　　　　TBD<br>Time:　　　　TBD<br>Courtroom:　　12B<br>Judge:　　　　Hon. Cynthia Bashant |

## **PROPOSED ORDER**

Non-Parties Qualcomm Incorporated, Qualcomm Technologies, Incorporated, and Nicholas Cole, by and through their counsel of record, having moved the Court for a Motion to Quash (the "Motion") the Rule 17(a) subpoena (the "Subpoena") that Defendant Karim Arabi served on Nicholas Cole, and good cause appearing therefore, IT IS HEREBY ORDERED that the Motion in the above-captioned matter is GRANTED.

IT IS FURTHER ORDERED that the Subpoena is QUASHED.

DATED: _____

Hon. Cynthia Bashant